# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES SMALL, | : | Case No. 3:20-cv-480 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BOB EVANS RESTAURANTS, LLC, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This case is before the Court on the Motion to Withdraw as Counsel filed by Plaintiff's counsel, Matthew G. Bruce and Evan R. McFarland. (Doc. #9). In accordance with S.D. Ohio Civ. R. 83.4(c)(2), counsel served a copy of the Motion on Plaintiff. Because the Court "will not ordinarily grant a motion for leave to withdraw until the client has been given an opportunity to respond to the motion[,]" S.D. Ohio Civ. R. 83.4(c)(4), the Court **ORDERS** Plaintiff to file any response to counsel's Motion to Withdraw on or before **August 4, 2021**. Should Plaintiff not respond, the Court may grant the Motion as unopposed. Plaintiff's counsel of record is **ORDERED** to send a copy of this Order to Plaintiff forthwith via mail and, if possible, email.

**IT IS SO ORDERED.**

July 13, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge