IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES SMALL,

    Plaintiff,

vs.

BOB EVANS RESTAURANTS, LLC, *et al.*,

    Defendants.

Case No. 3:20-cv-480

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 15); (2) DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET

---

This case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Silvain recommended that Plaintiff's complaint be dismissed under Fed. R. Civ. P. 41(b) for non-prosecution. No party objected to the Report and Recommendation.

Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full (Doc. No. 15); (2) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**; and (3) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

Date:  October 13, 2021                       s/ Michael J. Newman
                                                             Hon. Michael J. Newman
                                                             United States District Judge